IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ENNIS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-cv-00870-K |
| | § | |
| GILDAN ACTIVEWEAR SRL, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After considering the Parties' Joint Notice of Settlement, the Court ORDERS that this case is hereby ABATED until the further order of the Court and the Parties shall file the appropriate dismissal papers on or before September 6, 2019.

SIGNED this _____ day of _____, 2019.

_____
**UNITED STATES DISTRICT JUDGE**